# UNITED STATES BANKRUPTCY COURT
## District of Idaho [LIVE]

| | |
|---|---|
| In Re: ) | |
| ) | |
| Michael K Williams ) | Case No.: 02–03343–TLM |
| ) | Chapter: 7 |
| Social Security No.: xxx–xx–6258 ) | |
| Employer's Tax I.D. No(s): ) | ***ORDER APPROVING*** |
| ) | ***TRUSTEE'S SUPPLEMENTAL*** |
| Melyssa M Williams ) | ***FINAL REPORT,*** |
| aka Melyssa Landrum ) | ***DISCHARGING TRUSTEE AND*** |
| ) | ***CLOSING THE ESTATE*** |
| Social Security No.: xxx–xx–7916 ) | |
| Employer's Tax I.D. No.: ) | |
| Debtor(s) | |

_____

The Supplemental Final Report having been considered and found to be in proper order;

IT IS ORDERED that the accounts of said Trustee are APPROVED, the Trustee is DISCHARGED from and relieved of the trust; the surety or sureties thereon are released from further liability thereunder, except any liability which may have accrued during the time such bond was in effect and the estate is CLOSED.


Dated: 3/16/06                                         Terry L Myers
                                                       United States Bankruptcy Judge

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0976-1            User: zspringer              Page 1 of 1              Date Rcvd: Mar 16, 2006
Case: 02-03343                  Form ID: odaptrsp            Total Served: 2

The following entities were served by first class mail on Mar 18, 2006.
db          +Melyssa M Williams,    3406 N 33rd St,    Boise, ID 83703-4954
db          +Michael K Williams,    3406 N 33rd St,    Boise, ID 83703-4954

The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 18, 2006**                    Signature:    *Joseph Speetjens*